# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------- x
Kenn Zou aka Kang Zou, individually and derivatively
On behalf of JLK Holdings, INT, LLC, and Chunlan Li

              Plaintiffs,                           CASE# 23-cv-2370-JMA-JMW

           -against-

Xiao Han and Jun Tang a/k/a Judy Tang                 **NOTICE OF SUBPOENA**

              Defendants.
-------------------------------------------------------------- x

To: Attorneys for the Defendants

      **PLEASE TAKE NOTICE** that the undersigned attorneys for Plaintiffs, shall serve the

annexed subpoenas on Bank of America and Chase Banks, as named in the annexed subpoenas,

for productions of bank account statements and records of all transactions, deposits and

withdraws of JLK Holdings, INT, LLC, defendant Jun Tang and defendant Xiao Han from July

2015 to the present; with a production date and time: 01/30/2024,  12:00 noon at the undersigned

attorney's office, pursuant to Federal Rule of Civil Procedure 45.

Dated: Flushing, New York
     Dec. 22   2023         LAW OFFICE OF MING HAI, P.C.

                    By: s/ *Ming Hai*
                    Ming Hai
                    36-09 Main Street, 7B
                    Flushing, NY  11354
                    (718) 445-9111
                    Attorneys for Plaintiffs

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| Kenn Zou aka Kang Zou, et al | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. 23-cv-2370-JMA-JMW |
| Xiao Han and Jun Tang aka Judy Tang, et al | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:  
Chase Bank  
39-01 Main St, Flushing, NY 11354

_(Name of person to whom this subpoena is directed)_

✔ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all bank accounts statements of Jun Tang (S.S# 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), inclduing records of all transactions, deposits and withdrawals from July 2015 to the present.

| Place: Law Office of Ming Hai, PC<br>36-09 Main Street, Suite 7B<br>Flushing NY 11354 | Date and Time:<br><br>01/30/2024 12:00 pm |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 12/22/2023

_CLERK OF COURT_

OR

_____  
_Signature of Clerk or Deputy Clerk_

_____  
_Attorney's signature_

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ Plaintiffs
Ken Zou, JLK Holdings, INT LLC and Chunlan Li , who issues or requests this subpoena, are:
Law Office of Ming Hai, PC , 36-09 Main Street, Suite 7B, Flushing NY 11354. Lawminghai@gmail.com, (718) 445 9111

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | | |
|---|---|---|
| Kenn Zou aka Kang Zou, et al | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No.  23-cv-2370-JMA-JMW |
| Xiao Han and Jun Tang aka Judy Tang, et al | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
Chase Bank
39-01 Main St, Flushing, NY 11354

_(Name of person to whom this subpoena is directed)_

✔ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all bank accounts statements of Xiao Han  (S.S# 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), inclduing records of all transactions, deposits and withdrawals from July 2015 to the present.

| Place: Law Office of Ming Hai, PC<br>36-09 Main Street, Suite 7B<br>Flushing NY 11354 | Date and Time:<br><br>01/30/2024 12:00 pm |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:  12/22/2023

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_  Plaintiffs
Ken Zou, JLK Holdings, INT LLC and Chunlan Li _____ , who issues or requests this subpoena, are:
Law Office of Ming Hai, PC , 36-09 Main Street, Suite 7B, Flushing NY 11354. Lawminghai@gmail.com, (718) 445 9111

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of New York

| | |
|---|---|
| Kenn Zou aka Kang Zou, et al | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.    23-cv-2370-JMA-JMW |
| Xiao Han and Jun Tang aka Judy Tang, et al | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:                                    Bank of America
                              39-12 Main St., Queens NY 11354

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all bank accounts statements of Xiao Han  (S.S# 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), inclduing records of all transactions, deposits and withdrawals from July 2015 to the present.

| Place: Law Office of Ming Hai, PC | Date and Time: |
|---|---|
| 36-09 Main Street, Suite 7B Flushing NY 11354 | 01/30/2024 12:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    12/22/2023

CLERK OF COURT

                                                OR

_____              _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*    Plaintiffs
Ken Zou, JLK Holdings, INT LLC and Chunlan Li_____ , who issues or requests this subpoena, are:
Law Office of Ming Hai, PC , 36-09 Main Street, Suite 7B, Flushing NY 11354. Lawminghai@gmail.com, (718) 445 9111

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B  (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of New York

| | |
|---|---|
| Kenn Zou aka Kang Zou, et al | ) |
| _____ | ) |
| _Plaintiff_ | ) |
| v. | )    Civil Action No.   23-cv-2370-JMA-JMW |
| Xiao Han and Jun Tang aka Judy Tang, et al | ) |
| _____ | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:
                         Bank of America
                  3912 Main St, Queens, NY 11354

_(Name of person to whom this subpoena is directed)_

    ☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all bank accounts statements of Jun Tang (S.S# 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), inclduing records of all transactions, deposits and withdrawals from July 2015 to the present.

| Place: Law Office of Ming Hai, PC <br>      36-09 Main Street, Suite 7B <br>      Flushing NY 11354 | Date and Time: <br><br>   01/30/2024 12:00 pm |
|---|---|

    ☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

    The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   12/22/2023

| CLERK OF COURT | |
|---|---|
| |    OR |
| _____ | _____ |
| _Signature of Clerk or Deputy Clerk_ | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_    Plaintiffs
Ken Zou, JLK Holdings, INT LLC and Chunlan Li                , who issues or requests this subpoena, are:
Law Office of Ming Hai, PC , 36-09 Main Street, Suite 7B, Flushing NY 11354. Lawminghai@gmail.com, (718) 445 9111

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| Kenn Zou aka Kang Zou, et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 23-cv-2370-JMA-JMW |
| Xiao Han and Jun Tang aka Judy Tang, et al | ) | |
| *Defendant* | ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:          Bank of America
             3912 Main St, Queens, NY 11354
             *(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: Any and all bank accounts statements of JLK Holdings, INT, LLC (TaxID# 47-4743407), inclduing records of all transactions, deposits and withdrawals from July 2015 to the present.

| Place: Law Office of Ming Hai, PC | Date and Time: |
|---|---|
| 36-09 Main Street, Suite 7B Flushing NY 11354 | 01/30/2024 12:00 pm |

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:    12/22/2023

CLERK OF COURT

OR

_____          _____
Signature of Clerk or Deputy Clerk                    Attorney's signature

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)*     Plaintiffs
Ken Zou, JLK Holdings, INT LLC and Chunlan Li                    , who issues or requests this subpoena, are:
Law Office of Ming Hai, PC , 36-09 Main Street, Suite 7B, Flushing NY 11354. Lawminghai@gmail.com, (718) 445 9111

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).